1  SEYFARTH SHAW LLP
   Kenneth D. Sulzer (SBN 120253)
2  2029 Century Park East, Suite 3300
   Los Angeles, CA  90067-3063
3  Telephone: (310) 277-2700
   Facsimile:  (310) 201-5219
4
   SEYFARTH SHAW LLP
5  Alfred L. Sanderson, Jr. (SBN 186071)
   Diana R. Craig (SBN 221389)
6  400 Capitol Mall, Suite 2350
   Sacramento, California 95814-4428
7  Telephone: (916) 448-0159
   Facsimile: (916) 558-4839
8
   Attorneys for Defendants
9  BLUE CROSS OF CALIFORNIA, erroneously named as
   BLUE CROSS, and WAYNE DAHLGREN
10
   LAW OFFICES OF NATHANIEL POTRATZ
11 Nathaniel D. Potratz (SBN 215734)
   4790 Dewey Drive, Suite A
12 Fair Oaks, California 95628
   Telephone: (916) 962-2780
13 Facsimile: (916) 962-2705

14 Attorneys for Plaintiff
   KATHI SHERWOOD
15

16                    UNITED STATES DISTRICT COURT

17                    EASTERN DISTRICT OF CALIFORNIA

18 | KATHI SHERWOOD,                              ) Case No. 2:07 CV 00633 LKK DAD
                                                  )
19 |         Plaintiff,                           ) **STIPULATION TO CONTINUE HEARING**
                                                  ) **DATE ON DEFENDANTS' PETITION TO**
20 |    v.                                        ) **COMPEL ARBITRATION, STAY**
                                                  ) **PROCEEDINGS AND REQUEST FOR**
21 | BLUE CROSS; WAYNE DAHLGREN, in his) **SEVERANCE**
   official and/or agency capacity, <u>not</u> in his )
22 | individual capacity; DOES 1 through 10,      ) Date:        August 13, 2007
   inclusive,                                     ) Time:        10:00 a.m.
23 |                                              ) Courtroom:   4
            Defendants.                           )
24                                                )
                                                  )
25 |_____)

26

27

28

SC1 17084926.1                           1                    Stipulation to Continue Hearing

1    Plaintiff KATHI SHERWOOD and Defendants BLUE CROSS OF CALIFORNIA,
2 erroneously named as BLUE CROSS, and WAYNE DAHLGREN through their attorneys of
3 record, stipulate to continue the hearing on Defendants' Petition to Compel Arbitration from
4 August 13, 2007 to **September 10, 2007, at 10:00 a.m.**, in Courtroom 4 of the United States
5 District Court for the Eastern District of California located at 501 I Street, Sacramento,
6 California.

DATED: July 24, 2007            SEYFARTH SHAW LLP

By /s/ Diana R. Craig
    Alfred L. Sanderson, Jr.
    Diana R. Craig
Attorneys for Defendants
BLUE CROSS OF CALIFORNIA and WAYNE DAHLGREN

DATED:  July 24, 2007            LAW OFFICES OF NATHANIEL POTRATZ

By /s/ Nathaniel D. Potratz
    Nathaniel D. Potratz
Attorneys for Plaintiff
KATHI SHERWOOD

**ORDER**

**IT IS SO ORDERED:**

The hearing date for Defendants' Petition to Compel Arbitration is rescheduled to September 10, 2007, at 10:00 a.m.

DATED:   August 6, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT